UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
JULIO A. LEON AND CASONNIE LEON            Case No: 16-19632-LMI
   Debtors.                                  Chapter 13
_____/

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I HEREBY CERTIFY that on this __19th__ day of September, 2016 a true copy of the Notice of Hearing and the subject Motion to Value and Determine Secured Status of Lien on Real Property held by Keys Gate Community Association Inc. were served via electronic notification to: U.S. Trustee, Nancy Neidich, Chapter 13 Trustee, and via certified mail return receipt # 7016 1970 0000 0389 2906 to: Keys Gate Community Association Inc., c/o Association Law Group, PL, 1200 Brickell Ave., PH 2000, Miami, FL 33131.

                                            Law Offices of Samir Masri
                                            901 Ponce De Leon Blvd., # 101
                                            Coral Gables, FL 33134
                                            Phone (305) 445-3422


                                            By: ___*s/ Samir Masri*___
                                                  Samir Masri, Esquire
                                                  FBN: 145513