UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

JULIO A. LEON and CASONNIE LEON,        Case No.: 16-19632-LMI

      Debtors.                              /        Chapter 13

### EDGEFIELD HOLDINGS, LLC'S MOTION TO VALUE BUSINESS INTERESTS OF THE DEBTORS

Creditor, Edgefield Holdings, LLC ("Edgefield"), by and through undersigned counsel, files this motion to value business interests of the Debtors' and, in support, states as follows:

1. On July 11, 2016 (the "Petition Date"), the Debtors filed a joint voluntary petition for relief under chapter 13 of the Bankruptcy Code.

2. On July 26, 2016, the Debtors filed their Schedules of Assets and Liabilities [ECF #12], which discloses, among other things, the Debtors' interests in certain businesses and the Debtors' ascribed valuations of their interests in each business as follows:

| Entity Name | Debtors' Interest | Debtors' Valuation |
|---|---|---|
| Bori BBQ Corp (active) | 100% | $0.00 |
| Lion & Lion Enterprises, Inc. | 33% | $0.00 |
| Wine Distributor, Inc. (active) | 100% | $0.00 |
| Lion Xpress, Inc. (active) | 33% | $0.00 |
| Lion Realty Investments, Inc. (active) | 100% | $0.00 |

(collectively, the "Business Interests"). The Debtors have not claimed any of their Business Interests exempt.

3. Also on July 26, 2016, the Debtors filed their chapter 13 plan [ECF #17] (as subsequently amended by ECF #72, the "Plan"). Based on the Debtors ascribing no value to any of their Business Interests, the Plan provides for nominal payments to unsecured creditors.

4. On October 28, 2016, Edgefield filed its objection to the Plan [ECF #77] (the "Objection"). As noted in Edgefield's Objection, the Debtors have failed to substantiate their valuation of their Business Interests and have not yet fully complied with Edgefield's discovery requests.

5. Historically, significant amounts of money have moved in and out of the Debtors' Business Interests, including Lion Enterprises, Inc., an entity the Debtors assert is inactive and worthless. Yet, the Debtors filed this Case on the eve of levy and execution upon their stock interests in Lion Enterprises, Inc. Moreover, the Debtors chose to protect their purportedly worthless Business Interests in Chapter 13 rather than liquidating the Interests in Chapter 7.

6. Coupled with the Debtors' conduct in this case – their failure to provide complete production in response to Edgefield's production requests and their failure to otherwise attempt to substantiate valuations of their Business Interests in this Case - the Debtors' choice of Chapter 13 suggests a calculated strategy to obfuscate the value of their Business Interests in order to pay a fraction through a Chapter 13 plan.

7. The value of the Debtors' Business Interests therefore deserves careful scrutiny, and to that end, Edgefield requests that this Court value the Business Interests.

WHEREFORE, Edgefield Holdings, LLC respectfully requests an order of the Court determining the value of the personal property and providing such other and further relief as is just.

    EHRENSTEIN CHARBONNEAU CALDERIN
    *Counsel for Edgefield Holdings, LLC*
    501 Brickell Key Drive, Suite 300
    Miami, FL  33131
    T. 305.722.2002    F. 305.722.2001
    www.ecclegal.com

By:   */s/ Robert P. Charbonneau, Esq.*
    Robert P. Charbonneau, Esq.
    Florida Bar No.: 968234
    rpc@ecclegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on Friday, October 28, 2016.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 1-2090(A).*

EHRENSTEIN CHARBONNEAU CALDERIN
*Counsel for Edgefield Holdings, LLC*
501 Brickell Key Drive, Suite 300
Miami, FL  33131
T. 305.722.2002      F. 305.722.2001
www.ecclegal.com

By:   */s/ Robert P. Charbonneau, Esq.*
       Robert P. Charbonneau, Esq.
       Florida Bar No.: 968234
       rpc@ecclegal.com
       Jay T. Hollenkamp, Esq.
       Florida Bar No.: 52701
       jth@ecclegal.com

3